IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALEX JENNINGS, # 57636                                      PLAINTIFF

VERSUS                                  CIVIL ACTION NO. 5:06cv144-DCB-MTP

STANLEY COLEMAN, et al.                            DEFENDANTS

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*. The court finds that the Plaintiff has filed a Notice of Voluntary Dismissal [41], that Defendants Sharon Harden and Unknown Burton have not been served, that Defendant Willie Jones has not answered the Complaint or otherwise appeared in this action, that the remaining Defendants have filed Notices of Endorsement to the Notice of Voluntary Dismissal [42, 43], and that this matter should be dismissed without prejudice in accordance with Rule 41(a).

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed without prejudice as to all parties.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been dismissed, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this the 4th day of September, 2007.

s/ David Bramlette
United States District Judge